UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NAMEL NORRIS,                                    :

               Plaintiff,             :     ORDER

-v.-                                             :
                                                             21 Civ. 8001 (PAE) (GWG)
REALLY GREAT THINGS, INC. and 101 WEST  :
73RD LLC,
                                                       :

               Defendants.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff has failed to comply with the Order to Show Cause (Docket # 11). Plaintiff shall either (1) file a notice of dismissal of this case or (2) respond to the Order to Show Cause by June 29, 2022, and include a section in the memorandum of law addressing why counsel should not be sanctioned pursuant to 28 U.S.C. § 1927. Failure to comply with this Order may by itself constitute grounds for dismissal of this case under Fed. R. Civ. P. 41.

      SO ORDERED.

Dated: June 22, 2022
      New York, New York

                                                           _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge